IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 DEC 28 A 11: 20

CLERK_____
SO. DIST. OF GA.

BRYANT FLURY

VS.                                               CV202-205

DAIMLERCHRYSLER CORPORATION,
ET AL

### ORDER

The verdict and judgment of the District Court having been reversed, by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the judgment of the Eleventh Circuit is made the judgment of this Court.

**SO ORDERED**, this 28 day of December, 2005.

_____
Judge, United States District Court
Southern District of Georgia